# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of K.V., a minor child.

C.A.V.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2025-0299
_____

February 27, 2026

Appeal from the Circuit Court for Pinellas County; James Pierce, Judge.

C.A.V., pro se.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Jaime Michelle Generazzo, Senior Attorney, Appellate Division, Statewide Guardian ad Litem Office, Tallahassee, Attorneys for Statewide Guardian ad Litem Program.

Bruce Bartlett, State Attorney, and Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellee Department of Children and Families.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.